This appeal raises the same issues as raised in the case ofErvin v. State, 442 So.2d 123 (Ala.Crim.App. 1983) and is controlled by the same principles as set out therein and by the same directions to the trial court.
This case is accordingly remanded with directions to the trial court to make a factual determination as to whether there existed a conflict of interest in this case as herein noted. The trial court is further directed that the appellant and his counsel should be present at the hearing conducted on the issue herein set forth. A transcript of this hearing shall be prepared following this hearing with the appropriate findings set forth in writing by the trial judge, such transcript be returned to this court.
REMANDED WITH DIRECTIONS.
All The Judges concur.
 ON RETURN TO REMAND